IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MICHAEL SPLAWN,

      Petitioner,

No. CIV S-10-0121 JAM EFB P

vs.

MATTHEW CATE,

      Respondent.

## FINDINGS AND RECOMMENDATIONS

Petitioner, a state prisoner proceeding through counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 21, 2010, the court heard respondent's motion to dismiss on the ground that the petition contains unexhausted claims, as well as petitioner's motion for a stay pending exhaustion of claims in the state courts. Dckt. No. 2, 14, 17. Attorney Glenn M. Kottcamp appeared at the hearing on behalf of petitioner; attorney Jeffrey White appeared on behalf of respondent.

As stated in the attached record, the court recommends that petitioner's motion to stay be denied because petitioner fails to make the "good cause" showing required by *Rhines v. Weber*, 544 U.S. 269 (2005), as petitioner has not adequately explained why his claims were not exhausted sooner. Petitioner makes much of his contention that a yellow watch, allegedly tying him to a burglary for which he was convicted, belonged to a person other than the victim.

1

1  Whatever point petitioner is attempting to make regarding his allegations concerning the watch

2  claim could and should have been presented to the state courts long ago.

3  Further, the court recommends that respondent's motion to dismiss be granted, as

4  petitioner concedes that five of his six claims are unexhausted. 28 U.S.C. § 2254(b)(1); Dckt.

5  No. 2 at 4 (referring to Exhibit A).

6  Accordingly IT IS HEREBY RECOMMENDED that:

7  1. Petitioner's motion to stay be denied;

8  2. Respondent's motion to dismiss be granted;

9  3. Within 30 days of any order adopting these findings and recommendations, petitioner

10  be directed to either file an amended petition containing exhausted claims only or request that the

11  unexhausted claims in the instant petition be stricken; and

12  4. That petitioner be warned that failure to comply with such order will result in the

13  dismissal of this action without prejudice.

14  These findings and recommendations are submitted to the United States District Judge

15  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

16  after being served with these findings and recommendations, any party may file written

17  objections with the court and serve a copy on all parties. Such a document should be captioned

18  "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

19  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

20  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

21  Dated: May 5, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE