IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL SPLAWN,<br><br>          Petitioner,<br><br>     vs.<br><br>MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,<br><br>          Respondent. | No. 2:10-cv-00121-JKS<br><br>ORDER<br>[Re: Motions at Docket No. 36 and 37] |

On May 2, 2012, this Court entered its Memorandum Decision denying relief under the Amended Petition,[1] and on the same date the Clerk of the Court entered judgment thereon.[2] At Docket No. 36 Steven Michael Splawn, a state prisoner appearing through counsel, has requested this Court decide the Second Amended § 2254 Petition. At Docket No. 37 Splawn has requested an extension of time within which to file a notice of appeal.

This Court has reviewed the request at Docket No. 36 and determined that the Court did, in fact, overlook the properly filed with leave Second Amended Petition and ruled on the Amended Petition, not the Second Amended Petition. "The Court may correct a . . . mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."[3] Relief under

---

[1] Docket No. 34.

[2] Docket No. 35.

[3] Fed. R. Civ. P. 60(a).

Rule 60(a) is not limited to clerical mistakes committed only by the clerk; the rule applies to mistakes by the court as well.[4]

Based on the foregoing,

**IT IS THEREFORE ORDERED THAT** the Request for the Court to Decide Second Amended Petition at Docket No. 36 is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Memorandum Decision at Docket No. 34 and Judgment at Docket No. 35 are **VACATED**.

**IT IS FURTHER ORDERED THAT** the Motion to Extend Time to File Notice of Appeal at Docket No. 37 is **DENIED** as moot.

Dated:  June 19, 2012.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[4] *See Day v. McDonough*, 547 U.S. 198, 210-11 (2006).